IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


ROBIN POWELL                                                                    PLAINTIFF

VS.                         CASE NO. 3:04CV00298 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 29nd day of September, 2005.


_____
UNITED STATES MAGISTRATE JUDGE